IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 OCT 13 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIOMED, INC.,

Plaintiff,

v.

NEW STAR LASERS, INC.
d/b/a COOLTOUCH INC.

Defendant.

Civil Action No. 04-12157 RGS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff Diomed, Inc. states that it has one parent corporation, Diomed Holdings, Inc. Diomed, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA. Diomed Holdings, Inc. has no parent corporations or any publicly held company owning 10 percent or more of its stock. Diomed Holdings, Inc. is a Delaware corporation with its principal office at One Dundee Park, Suite 5/6, Andover, MA.

DIOMED, INC.,

By its attorneys,

Dated: October 13, 2004

Michael A. Albert (BBO #558566)
James J. Foster (BBO #553285)
Michael N. Rader (BBO #646990)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

831969.1