☐ AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Diomed, Inc.

V.

New Star Lasers, Inc.
d/b/a CoolTouch Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 12157 RGS

TO: (Name and address of Defendant)

New Star Lasers, Inc.
d/b/a CoolTouch Inc.
9085 Foothills Boulevard
Roseville, CA 95747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

OCT 1 3 2004
DATE

(By) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Wolf Greenfield & Sacks, P.C.<br>Michael A. Albert, Esq., 558566<br>600 Atlantic Avenue<br>Boston, MA 02210-2206 | (617) 720-3500 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>D0610.60004US00 | |

Insert name of court, judicial district or branch court, if any:
None

, CA

PLAINTIFF:
Diomed, Inc.

DEFENDANT:
New Star Lasers, Inc,. d/b/a Cool Touch, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>04cv12157 RGS |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons;   Complaint;   Demand For Jury Trial; Corporate Disclosure Statement

ON: New Star Lasers, Inc,. d/b/a Cool Touch, Inc.

AT: 9085 Foothills Boulevard
ROSEVILLE, CA 95747
(BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
Dave Hennings - Chief Executive Officer

PHYSICAL DESCRIPTION:
Age: 50      Weight: 180      Hair: Bald
Sex: M       Height: 5'9"     Eyes:
Skin: Cauc.

Marks:

ON: October 15, 2004
AT: 03:35 pm

Fee for Service: $86.90
Process Server
County: Sacramento
Registration No.: 2000-09
Expiration: January 29, 2006
Legal Photocopy Service - 6
2700 Eureka Way
Redding, CA 96001
(530) 241-7686

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 19, 2004 at Redding, California.

Signature: *Kay Reinhart*
Kay Reinhart

**PROOF OF SERVICE**

Order#: LPP20545/BProof39

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>OCTOBER 15, 2004 |
| NAME OF SERVER (PRINT)<br>KAY REINHART | TITLE<br>REGISTERED CALIFORNIA PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[XX] ☐ Served personally upon the third-party defendant. Place where served: (BUSINESS) 9085 FOOTHILLS BLVD. ROSEVILLE, CA 95747

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $86.90 | TOTAL $86.90 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-20-04
           Date

Signature of Server   KAY REINHART
                      REGISTRATION # 2000-09
                      SACRAMENTO, COUNTY
                      SACRAMENTO, CA 95814  EXP. 1-29-06

Address of Server   2012 "P" STREET, SACRAMENTO, CA 95814
                    (916) 442-3661

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 20TH DAY OF October, 2004
BY  Kay Reinhart
    NOTARY PUBLIC

MICHAEL F. PILLA
COMM. # 1298965
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Exp. APRIL 27, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

☐ AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     *Kay Reinhart*
            Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.