UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., </br></br> Plaintiff, </br></br> and </br></br> NEW STAR LASERS, INC. D/B/A COOL TOUCH, INC., </br></br> Defendant. | C. A. No. 04-CV-12157-RGS |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

William A. Zucker, Esquire, a member of the law firm Gadsby Hannah LLP, local counsel to New Star Lasers, Inc. d/b/a Cool Touch, Inc., defendant in the above-captioned proceeding, maintaining an office in this District at 225 Franklin Street, Boston, Massachusetts, and being a member in good standing of the Bar of the Commonwealth of Massachusetts, and being admitted to practice before the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit, respectfully requests, pursuant to Local Rule 83.5.3(b), that this Court grant leave to Dale C. Campbell and Audrey A. Millemann to practice in this Court in the above-captioned matter on behalf of the defendant New Star Lasers, Inc. d/b/a Cool Touch, Inc.

In support thereof, the undersigned states as follows:

1.    Dale C. Campbell and Audrey A. Millemann are members of the bar in good standing in every bar where they have been admitted to practice.

2.    There are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction.

3. Dale C. Campbell and Audrey A. Millemann have represented the defendant on matters pertaining to intellectual property and have familiarity with the subject matter of this case.

4. Dale C. Campbell and Audrey A. Millemann's appearances and participation in this matter in conjunction with attorneys from Gadsby Hannah, LLP, 225 Franklin Street, Boston, MA 02110, are necessary for the proper and effective representation of the defendant.

5. Attached hereto and incorporated herein as Exhibits A and B are individual statements by Dale C. Campbell and Audrey A. Millemann affirming the facts set forth herein and certification from the State Bar of California of their good standing.

WHEREFORE, for purposes of representing the defendant New Star Lasers, Inc., d/b/a Cool Touch, Inc. in the above-captioned action, the petitioner respectfully prays that Dale C. Campbell and Audrey A. Millemann be admitted *pro hac vice*, to practice in this action before the United States District Court for the District of Massachusetts.

Respectfully submitted,
NEW STAR LASERS, INC., d/b/a COOL TOUCH, INC.
By its attorneys,

_____
William A. Zucker, BBO # 541240
wzucker@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was/were served upon the attorney of record for each party by ~~mail/by hand~~/electronically.

By: _____
William A. Zucker
Date:   November 17, 2004

-2-

B0388093v1

UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| DIOMED, INC.,, <br><br> Plaintiff, <br><br> and <br><br> NEW STAR LASERS, INC. D/B/A COOL TOUCH, INC., <br><br> Defendant. | C. A. No. 04-CV-12157-RGS |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW STAR LASERS, INC. dba COOL TOUCH INC.,<br><br>  Defendant. | Civil Action No.: 04-CV-12157-RGS |

## PRO HAC VICE APPLICATION AND ORDER

I, Dale C. Campbell, attorney for defendant New Star Lasers, Inc., hereby petition for admission:

My residence address is 7802 Oak Bay Circle, Sacramento, California, 95831.

My business address is Weintraub Genshlea Chediak Sproul, 400 Capitol Mall, 11th Floor, Sacramento, California 95814.

My business telephone number is 916/558-6014; business facsimile number: 916/446-1611.

I was admitted to practice in the following courts:

California Supreme Court – December 1981

United States Supreme Court – June 1998

United States Court of Appeals – Ninth Circuit – March 1996

United States District Court, Eastern District of California – December 1981

United States District Court, Central District of California – November 2001

United States District Court, Northern District of California – March 1995

I am currently in good standing and eligible to practice in the foregoing courts. I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a pro hac vice application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: November 1, 2004

_____
Dale C. Campbell
California State Bar No. 99173
weintraub genshlea chediak sproul
a law corporation

I hereby consent to my designation as local counsel.

Dated: November __, 2004

_____
William A. Zucker (BBO #541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, Massachusetts 02110
(617) 345-7000

## ORDER

Application having been made and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the pro hac vice application of Dale C. Campbell is granted.

Dated:_____          _____
                                 Judge, United States District Court

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 2, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DALE CURTIS CAMPBELL was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

UNITED STATES DISTRICT COURT
For the District of Massachusetts

DIOMED, INC.,,

      Plaintiff,

and

NEW STAR LASERS, INC. D/B/A COOL TOUCH, INC.,

      Defendant.

C. A. No. 04-CV-12157-RGS

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW STAR LASERS, INC. dba COOL TOUCH INC., <br><br> Defendant. | Civil Action No.: 04-CV-12157-RGS |

## PRO HAC VICE APPLICATION AND ORDER

I, Audrey A. Millemann, attorney for defendant New Star Lasers, Inc., hereby petition for admission:

My residence address is 4204 Dogwood Place, Davis, California 95616.

My business address is Weintraub Genshlea Chediak Sproul, 400 Capitol Mall, 11th Floor, Sacramento, California 95814.

My business telephone number is 916/558-6033; business facsimile number: 916/446-1611.

I was admitted to practice in the following courts:

California Supreme Court - 1986

United States Court of Appeals – Ninth Circuit - 1999

United States District Court, Eastern District of California - 1990

United States District Court, Central District of California - 1986

United States District Court, Northern District of California - 1995

I am currently in good standing and eligible to practice in the foregoing courts. I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a pro hac vice application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: October 28, 2004

*(signature)*
Audrey A. Millemann
California State Bar No. 124,954
weintraub genshlea chediak sproul
a law corporation

I hereby consent to my designation as local counsel.

Dated: November ___, 2004

*(signature)*
William A. Zucker (BBO #541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, Massachusetts 02110
(617) 345-7000

## ORDER

Application having been made and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the pro hac vice application of Audrey A. Millemann is granted.

Dated: _____       _____
                                Judge, United States District Court



| THE STATE BAR OF CALIFORNIA | 180 HOWARD STREET<br>SAN FRANCISCO, CALIFORNIA 94105-1639<br>TELEPHONE (415) 538-2000 |
|---|---|

November 4, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AUDREY ANNE MILLEMANN was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records