IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIOMED, INC.,

       Plaintiff,

v.

NEW STAR LASERS, INC.
d/b/a COOLTOUCH INC.

       Defendant.

Civil Action No. 04-12157 RGS

**NEW STAR LASERS, INC., d/b/a COOLTOUCH INC.'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of

Massachusetts, the undersigned certify that they have conferred regarding the above-captioned

matter:

(1)     with a view to establishing a budget for conducting the full course – and various

alternative courses – of the litigation; and

(2)     to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

_____/s/ David Himelfarb_____
Audrey A. Millemann (Cal. Bar # 124954)
   *Admitted Pro Hac Vice*
amillemann@weintraub.com
Dale C. Campbell (Cal. Bar # 99173)
   *Admitted Pro Hac Vice*
dcampbell@weintraub.com
Weintraub Genshlea Chediak Sproul
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
(916) 558-6000

_____/s/ David R. Hennings_____
David R. Hennings
Chief Executive Officer
New Star Lasers, Inc.
d/b/a CoolTouch, Inc.
9085 Foothills Blvd.
Roseville, CA 95747

William A. Zucker (BBO # 541240)
wzucker@ghlaw.com
David Himelfarb (BBO # 649596)
dhimelfarb@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02210
(617) 345-7000


Dated: February 15, 2005