IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>NEW STAR LASERS, INC.<br>d/b/a COOLTOUCH INC.<br><br>      Defendant. | Civil Action No. 04-12157 RGS |

### NEW STAR LASERS, INC., d/b/a COOLTOUCH INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and District of Massachusetts Local Rule 7.3(A), Defendant New Star Lasers, Inc., d/b/a CoolTouch Inc. ("New Star") states as follows:

1. New Star is a privately-held corporation with no parent corporation.

2. There is no publicly-held corporation which owns 10% or more of New Star's stock.

Respectfully Submitted,

   /s/ David Himelfarb
Audrey A. Millemann (Cal. Bar # 124954)
   *Admitted Pro Hac Vice*
   amillemann@weintraub.com
Dale C. Campbell (Cal. Bar # 99173)
   *Admitted Pro Hac Vice*
   dcampbell@weintraub.com
Weintraub Genshlea Chediak Sproul
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
(916) 558-6000

- 2 -

                    William A. Zucker (BBO # 541240)
                    wzucker@ghlaw.com
                    David Himelfarb (BBO # 649596)
                    dhimelfarb@ghlaw.com
                    Gadsby Hannah LLP
                    225 Franklin Street
                    Boston, MA 02210
                    (617) 345-7000

Dated: February 17, 2005

## **CERTIFICATE OF SERVICE**

      I, David Himelfarb, counsel for Defendant New Star Lasers, Inc., d/b/a CoolTouch Inc., hereby certify that a copy of the foregoing Corporate Disclosure Statement has been served on all counsel of record through the Court's CM/ECF Document Filing System on this 17th day of February, 2005.

                    /s/ David Himelfarb
                    David Himelfarb