IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>NEW STAR LASERS, INC.,<br>d/b/a COOLTOUCH INC.<br><br>          Defendant. | Civil Action No. 04-12157 RGS |

### NOTICE OF APPEARANCE OF DAVID HIMELFARB ON BEHALF OF DEFENDANT NEW STAR LASERS, INC., d/b/a COOLTOUCH INC.

Pursuant to District of Massachusetts Local Rule 83.5.2(a), please enter the appearance of David Himelfarb as counsel for Defendant New Star Lasers, Inc., d/b/a/ CoolTouch Inc ("New Star").  Mr. Zucker, Ms. Millemann, and Mr. Campbell will remain as counsel for New Star.

Respectfully Submitted,

     /s/ David Himelfarb     
William A. Zucker (BBO # 541240)
   wzucker@ghlaw.com
David Himelfarb (BBO # 649596)
   dhimelfarb@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02210
Tel. (617) 345-7000
Fax (617) 204-8055

- 2 -

                                          Audrey A. Millemann (Cal. Bar # 124954)
                                            *Admitted Pro Hac Vice*
                                            amillemann@weintraub.com
                                          Dale C. Campbell (Cal. Bar # 99173)
                                            *Admitted Pro Hac Vice*
                                            dcampbell@weintraub.com
                                          Weintraub Genshlea Chediak Sproul
                                          400 Capitol Mall, Eleventh Floor
                                          Sacramento, CA 95814
                                          Tel. (916) 558-6000

Dated: February 24, 2005

## CERTIFICATE OF SERVICE

     I, David Himelfarb, counsel for Defendant New Star Lasers, Inc., d/b/a CoolTouch Inc., hereby certify that a copy of the foregoing Notice of Appearance has been served on all counsel of record through the Court's CM/ECF Document Filing System on this 24th day of February, 2005.

                                                                            /s/ David Himelfarb
                                                                   David Himelfarb