IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NEW STAR LASERS, INC.<br>d/b/a COOLTOUCH INC.<br><br>    Defendant. | Civil Action No. 04-12157 RGS |

## NOTICE OF APPEARANCE OF JOHN L. STRAND

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Diomed, Inc., in the above-identified action.

                                          Respectfully submitted,


Dated: July 7, 2004                       /s/ John L. Strand
                                          John L. Strand (BBO # 654985)
                                          jstrand@wolfgreenfield.com
                                          Wolf, Greenfield & Sacks, P.C.
                                          600 Atlantic Avenue
                                          Federal Reserve Plaza
                                          Boston, MA 02210
                                          (617) 646-8000