IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>NEW STAR LASERS, INC. dba )<br>COOLTOUCH INC., )<br>  )<br>Defendant. )<br>  ) | Civil Action No.: 04-CV-12157-RGS |

### NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE THAT** effective June 1, 2006 Gadsby Hannah LLP, counsel to the undersigned party in this matter, merged with and changed its name to McCarter & English, LLP. The firm's address, phone numbers, and fax numbers will remain the same, but the firm name and all attorney email addresses have changed. The new contact information for counsel is:

McCarter & English, LLP
225 Franklin Street
Boston, MA  02110
Tel.: (617) 345-7000
Fax: (617) 345-7050

Email addresses for counsel of record have changed as follows:

David Himelfarb - dhimelfarb@mccarter.com

The contact information for counsel admitted *pro hac vice* from the law firm Weintraub, Genshlea, Chediak will remain the same.

|  | Respectfully submitted, |
|---|---|
|  | NEW STAR LASERS, INC.<br>dba COOLTOUCH INC., |
|  | /s/ David Himelfarb |
|  | David Himelfarb (BBO #649596)<br>dhimelfarb@mccarter.com<br>McCarter & English, LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7055 |
|  | Audrey A. Millemann (Cal. Bar #124954)<br>*Admitted Pro Hac Vice*<br>amillemann@weintraub.com<br>weintraub genshlea chediak<br>a law corporation<br>400 Capitol Mall, 11th Floor<br>Sacramento, California  95814<br>(916) 558-6000 |
| Dated: June 19, 2006 |  |

## CERTIFICATE OF SERVICE

I, David Himelfarb, counsel for Defendant New Star Lasers, Inc., d/b/a Cool Touch Inc., hereby certify that a copy of the foregoing Defendant New Star Lasers, Inc.'s Notice of Change of Firm Name has been served on all counsel of record through the Court's CM/ECF Document Filing System and via First Class Mail on this 19th day of June, 2006.

                                                /s/ David Himelfarb
                                                David Himelfarb