# EXHIBIT G

## Novod, Gordon

**From:**  Freedlander, Mark E. [MFreedlander@mcguirewoods.com]

**Sent:**  Wednesday, June 18, 2008 12:54 PM

**To:**  Novod, Gordon

**Cc:**  drosner@goulstonstorrs.com; James Wylie; David Swank; Gooding, Doug; Van Horn, James E.; chad.dale@klgates.com; Dr. Luis Navarro; Schmidt, Robert T.; Evans, Barry

**Subject:**  RE: Diomed - Rejection of Endolaser's License Agreement and Closing of the sale of certain of Diomed's assets to AngioDynamics

McGuireWoods
*Relationships That Drive Results*

**WHAT'S NEW**
Latest News, Press Releases, and Articles

**SEMINARS & EVENTS**
See more information on our latest events.

▶ Restructuring & Insolvency  ▶ Asset Securitization  ▶ Project Finance  ▶ Public Finance  ▶ Securities Compliance  ▶ Banking

Gordon, closing on the sale of assets by the Diomed debtors to AngioDynamics did close today.  In accordance with the order authorizing sale and corresponding order authorizing rejection of the Endolaser license agreement, it is acknowledged that rejection of the Endolaser license is effective today, June 18, 2008, immediately prior to the closing.  Regards.  MEF

*Mark E. Freedlander*

mfreedlander@mcguirewoods.com
T: 412-667-7928
F: 412-667-7967

www.mcguirewoods.com

▶ MY V-CARD ▶     ▶ MY BIO ▶     ▶ MY LOCATION ▶

📇 INFO

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

-----Original Message-----
**From:** Novod, Gordon [mailto:gnovod@KRAMERLEVIN.com]
**Sent:** Wednesday, June 18, 2008 12:25 PM
**To:** Freedlander, Mark E.
**Cc:** drosner@goulstonstorrs.com; James Wylie; David Swank; Gooding, Doug; Van Horn, James E.; chad.dale@klgates.com; Dr. Luis Navarro; Schmidt, Robert T.; Evans, Barry
**Subject:** Diomed - Rejection of Endolaser's License Agreement and Closing of the sale of certain of Diomed's assets to AngioDynamics

Mark,

As you are aware, I am counsel to Endolaser Associates, L.L.C. ("Endolaser"), party to that certain License Agreement ("License Agreement") with Diomed, Inc. ("Diomed") dated July 11, 2003.

It has come to my attention that Diomed's sale of certain of its assets to AngioDynamics, Inc., approved by the order by the Bankruptcy Court dated June 3, 2008 (see Docket No. 298), has closed effective today, June 18, 2008.  To this end, I understand that Diomed (or your firm as Diomed's counsel) received a wire from AngioDynamics for the purchase price this morning.

As you are certainly aware, Endolaser's License Agreement was automatically deemed rejected by Diomed immediately prior to the closing of the Angio sale. See Docket No. 300. Therefore, Endolaser's License Agreement is automatically deemed rejected for all purposes effective as of June 18, 2008.

Please let me know no later than 4 pm (ET) today if Diomed disagrees with the effectiveness or timing of the rejection of the License Agreement.

Gordon

Gordon Z. Novod

Associate
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-7753
Fax: 212-715-8000
Email: gnovod@KRAMERLEVIN.com
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.