UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ x
DIOMED, INC.,                          :
                                       :
                Plaintiff,             :
                                       :  Civil Action No. 04-cv-12157 (NMG)
v.                                     :
                                       :
NEW STAR LASERS, INC.                  :
d/b/a COOLTOUCH INC.,                  :
                                       :
                Defendant.             :
_____ x

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the undersigned counsel for Endolaser Associates, L.L.C. ("Endolaser"), a private non-governmental party, certifies that Endolaser is a limited liability corporation with no parent corporation and that no publicly held company owns 10% or more of Endolaser's stock.

ATTORNEYS FOR ENDOLASER
ASSOCIATES, L.L.C.

Respectfully Submitted,

|  |  |
|---|---|
|  | - And |
| /s/ Charles A. Dale III |  |
| Charles A. Dale III, BBO #558839 | Gordon Z. Novod, Esq. |
| Mackenzie L. Shea, BBO #666241 | *(pro hac vice admission pending)* |
| K&L GATES LLP | Kramer Levin Naftalis & Frankel LLP |
| State Street Financial Center | 1177 Avenue of the Americas |
| One Lincoln Street | New York, New York 10036 |
| Boston, MA 02111-2950 | Telephone: 212-715-7753 |
| Telephone: 617.261.3100 |  |
| Facsimile: 617.261.3175 |  |
| Email: chad.dale@klgates.com |  |
| mackenzie.shea@klgates.com |  |

Dated: August 22, 2008