UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW STAR LASERS, INC. <br> d/b/a COOLTOUCH INC., <br><br> Defendant. | Civil Action No. 04-cv-12157 (NMG) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), Charles A. Dale III and Mackenzie L. Shea of K&L Gates LLP hereby provide notice of their appearance for Endolaser Associates, L.L.C. who has contemporaneously filed a Motion to Intervene in the captioned proceeding. Counsel for Endolaser Associates, L.L.C. identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

                                                                             Respectfully Submitted,

                                                                             */s/ Charles A. Dale III*
                                                                             Charles A. Dale III, BBO #558839

                                                                             */s/ MacKenzie L. Shea*
                                                                             Mackenzie L. Shea, BBO #666241
                                                                             K&L GATES LLP
                                                                             State Street Financial Center
                                                                             One Lincoln Street
                                                                             Boston, MA 02111-2950
                                                                             Telephone: 617.261.3100
                                                                             Facsimile: 617.261.3175
                                                                             Email: chad.dale@klgates.com
                                                                             mackenzie.shea@klgates.com

                                                                             ATTORNEYS FOR ENDOLASER
                                                                             ASSOCIATES, L.L.C.

Dated: August 22, 2008

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email and/or first class mail to those indicated as non registered participants this 22nd day of August, 2008.

      /s/ *Charles A. Dale*
      Charles A. Dale III

- 3 -