UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――――― x
DIOMED, INC.,                              :
                                           :
                    Plaintiff,             :
                                           :  Civil Action No. 04-cv-12157 (NMG)
v.                                         :
                                           :
NEW STAR LASERS, INC.                      :
d/b/a COOLTOUCH INC.,                      :
                                           :
                    Defendant.             :
―――――――――――――――――――――――― x

### MOTION FOR ADMISSION *PRO HAC VICE* OF GORDON Z. NOVOD

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Endolaser Associates, L.L.C. ("Endolaser") hereby moves this Court to grant Gordon Z. Novod leave to appear and practice before this Court, *pro hac vice*, for the purposes of the above-captioned litigation. As grounds for this Motion, Endolaser respectfully states as follows:

1.   Upon information and belief of the undersigned, Gordon Z. Novod is admitted to practice in the State of New York and the State of Connecticut, as well as in the United States District Courts for the Southern District of New York and the Eastern District of New York,[1] is in good standing in all of the aforementioned courts in which he is admitted to practice, is not currently under any order of disbarment or suspension, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts, all of which are attested to in the Certificate of Gordon Z. Novod in Support of Admission *Pro Hac Vice*, filed concurrently herewith as Exhibit A hereto.

―――――――――――――――――――
[1] Gordon Z. Novod has been admitted to the United States Bankruptcy Court for the District of Massachusetts *pro hac vice* in *In re Diomed, Inc., et al.,* Case No. 08-40749.

2. Gordon Z. Novod will, at all times, be associated with the undersigned counsel, upon whom all process, notices and other papers may be served and whose attendance at any proceeding may be required by the Court.

WHEREFORE, Endolaser respectfully requests that this Court grant leave to Gordon Z. Novod to appear and practice before this honorable Court for the purposes of the above-captioned litigation.

Respectfully Submitted,

*/s/ Charles A. Dale III*
Charles A. Dale III, BBO #558839
Mackenzie L. Shea, BBO #666241
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: 617.261.3100
Facsimile: 617.261.3175
Email: chad.dale@klgates.com
mackenzie.shea@klgates.com

ATTORNEYS FOR ENDOLASER ASSOCIATES, L.L.C.

Dated: August 22, 2008

| **CERTIFICATE OF SERVICE** | **LOCAL RULE 7.1(A)(2) CERTIFICATION** |
|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email and/or first class mail to those indicated as non registered participants | Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for Endolaser Associates, L.L.C., conferred with counsel about the filing of this motion. |
| /s/ Charles A. Dale<br>Charles A. Dale III | /s/ Charles A. Dale III<br>Charles A. Dale III |

- 2 -