# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------x
DIOMED, INC.,

                Plaintiff,

v.                          Civil Action No. 04-cv-12157 (NMG)

NEW STAR LASERS, INC.
d/b/a COOLTOUCH INC.,

                Defendant.
----------------------------------------x

## CERTIFICATE OF GORDON Z. NOVOD
## IN SUPPORT OF ADMISSION PRO HAC VICE

I, Gordon Z. Novod, do hereby certify that I am admitted to practice in the State of New York and the State of Connecticut, as well as the United States District Courts for the Southern District of New York and the Eastern District of New York,[1] I am in good standing in all of the aforementioned courts to which I am admitted to practice, and I am not currently under suspension or disbarment. I also certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I further certify that I will, at all times, be associated with attorneys from K&L GATES, LLP, as counsel, upon whom all process, notices, and other papers may be served and whose attendance at any proceeding may be required by the Court.

DATED:   August 22, 2008

                                          Gordon Z. Novod
                                          Kramer Levin Naftalis & Frankel LLP
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Tel: (212) 715-7753

---

[1] I have also been admitted to the United States Bankruptcy Court for the District of Massachusetts *pro hac vice* in *In re Diomed, Inc., et al.*, Case No. 08-40749.