IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIOMED, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NEW STAR LASERS, INC.,<br>d/b/a COOLTOUCH INC.<br><br>    Defendant. | Civil Action No. 04-12157 NMG |

**STATEMENT OF NON-OPPOSITION OF DEFENDANT NEW STAR LASERS, INC., d/b/a COOLTOUCH INC., TO THE MOTIONS OF ENDOLASER ASSOCIATES, L.L.C., TO INTERVENE AND TO DISMISS**

Defendant New Star Lasers, Inc., d/b/a CoolTouch Inc. ("New Star"), does not oppose the relief sought in the Motions of Endolaser Associates, L.L.C., to Intervene (Docket No. 24) or to Dismiss (Docket No. 25).

Respectfully Submitted,

/s/ David Himelfarb
William A. Zucker (BBO # 541240)
David Himelfarb (BBO # 649596)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02210
Tel. (617) 449-6500
Fax (617) 607-9200

*- and -*

Audrey A. Millemann (Cal. Bar # 124954)
  *Admitted Pro Hac Vice*
Dale C. Campbell (Cal. Bar # 99173)
  *Admitted Pro Hac Vice*
Weintraub Genshlea Chediak
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel. (916) 558-6000

ME1 7688250v.1

- 2 -

Dated: September 4, 2008

## CERTIFICATE OF SERVICE

    I, David Himelfarb, counsel for Defendant New Star Lasers, Inc., d/b/a CoolTouch Inc., hereby certify that a copy of the foregoing Statement of Non-Opposition has been served on all counsel of record through the Court's CM/ECF Document Filing System on this 4th day of September, 2008.

                                                     /s/ David Himelfarb
                                                     David Himelfarb

ME1 7688250v.1